UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERNEST CALVINO JR.,

       Plaintiff,

   -against-

HANNAH THOMPSON,

       Defendant.

20-CV-0237 (CM)

CIVIL JUDGMENT

   Pursuant to the order issued January 14, 2020, dismissing the complaint,

   IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under

28 U.S.C. § 1915(e)(2)(B)(i).

   The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

   IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to

Plaintiff and note service on the docket.

SO ORDERED.

Dated:  January 14, 2020
     New York, New York

                 COLLEEN McMAHON
             Chief United States District Judge